So Ordered.

Signed this 15 day of March, 2019.

_____

Margaret Cangilos-Ruiz

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____        CHAPTER 13 PROCEEDING

IN RE:   **JAHQUAN KHALLID-ALLAH BEY SR,**        ORDER OF DISMISSAL
         **NADIA BEY-WRIGHT,**

                Debtors.            Case No.   **14-31030**

_____

A motion to dismiss this proceeding under Chapter 13, Title 11 of the United States Code, having been brought by the Chapter 13 Trustee, Mark W. Swimelar, pursuant to 11 U.S.C §1307(c), and the matter having been scheduled for **March 12, 2019** and there being no opposition to the motion, and the Court being fully advised of the premises and due deliberation having been had thereon, it is accordingly

**ORDERED, ADJUDGED, AND DECREED**, that the case be and hereby is dismissed pursuant to 11 U.S.C. §1307(c), and it is further

**ORDERED,** that the Trustee is hereby directed to file a report of any receipts and disbursements, and it is further

**ORDERED,** that the provisions 11 U.S.C. §362(a) and §1301 staying certain acts and proceedings against the Debtors and the property are no longer in effect and that the creditors may now look directly to the Debtors for satisfaction of any balances owing on their claims.

# # #