So Ordered.

Signed this 18 day of March, 2019.

_____

Margaret Cangilos-Ruiz

United States Bankruptcy Judge

NORTHERN DISTRICT OF NEW YORK
UNITED STATES BANKRUPTCY COURT        CHAPTER 13 PROCEEDING
**IN RE: JAHQUAN KHALLID-ALLAH BEY SR
      NADIA BEY-WRIGHT**

                                **ORDER TO VACATE PAYROLL
                                                                                  DEDUCTION ORDER**
_____       **Case No. 14-31030**
**Employee: NADIA BEY-WRIGHT
S.S.# ###-##-7547**

     It appearing that no further payroll deductions should be taken from the above named debtor(s) wages due to the following reason:

       _____   All payments are completed under the Plan

       _____   Petition has been converted to a Chapter 7

       __XX__   Petition has been dismissed

       _____   Debtor to make direct payments to the Trustee

       _____   No longer employed

       _____  Other: _____

**ORDERED,** that the Payroll Deduction Order, to Employer:

       **CHILD PROTECTIVE SERVICES ONONDAGA
JOHN MULROY CIVIC CENTER
421 MONTGOMERY ST
SYRACUSE, NY 13202-**

dated _____**7/21/14**_____ is hereby vacated, and it is further,

**ORDERED,** that the employer shall refund to the above named debtor, at the address stated below, any monies which may be on hand as a result of such payroll deductions as of the date of this Order.

**NADIA BEY-WRIGHT
125 E BORDON STREET
SYRACUSE, NY 13205**

###